UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(609) 989-2040

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE

402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

June 11, 2009

## LETTER ORDER

**Re:**   Thompson v. Hayman, et. al.
Civil Action No. 09-1833 (JAP)

Dear Mr. Thompson:

The Court is in receipt of your "Motion for Clarification" [Docket Entry No. 9]. Pursuant to Fed. R. Civ. P. R. 15(a)(1), "a party may amend its pleading once as a matter of course before being served with a responsive pleading." In this case, none of the Defendants have filed a responsive pleading as of today's date and therefore, Plaintiff does not need leave from the Court before filing an amended complaint.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall terminate Docket Entry No. 9 accordingly.

   s/ Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**